IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL FILE NO. 1:12-CR-181-TWT |
| CHARLIE SHIVERS, III, | |
| Defendant. | |

## ORDER

This is a criminal case. It is before the Court on the Defendant's Motion for Release Pending Sentencing [Doc. 38]. For the reasons set forth in the Government's Response to the motion, the evidence considered by Judge Baverman shows that the Defendant is a flight risk and an economic danger to the community. The Defendant's Motion for Release Pending Sentencing [Doc. 38] is DENIED.

SO ORDERED, this 6 day of September, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge